AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA SOUTHERN DIVISION

ROY EDWARD OLIVER AND
MICHAEL ANTHONY SOZA
        PLAINTIFFS,
    V.
THE CITY OF DOTHAN ALABAMA,
DOUGLAS JOHNSON
        DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06 CV 430-WHA

TO: (Name and address of Defendant)

THE CITY OF DOTHAN
CITY CLERK
126 North Saint Andrews Street, Suite 213
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles N. Reese
1 Old Towne Square
P.O. Drawer 250
Daleville, AL 36322
334-598-6321

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(By) DEPUTY CLERK

DATE 8/28/06