IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROY EDWARD OLIVER and<br>MICHAEL ANTHONY SOZA,<br><br>   PLAINTIFFS,<br><br>v.<br><br>THE CITY OF DOTHAN,<br>ALABAMA, and<br>DOUGLAS JOHNSON,<br><br>   DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:06CV430-WHA |

<u>MOTION TO DISMISS</u>

  Comes now the Defendant City of Dothan, Alabama pursuant to Rule 12(b)(6) and respectfully requests that all claims against fictitious officers contained in the complaint be dismissed and as grounds the Defendant would show as follows:

  (1) In paragraph one, Statement of the Parties, Plaintiffs make allegations against fictitious police officers in their official and individual capacity. The Plaintiffs also make allegations of assault and battery against fictitious police officers in paragraphs nine and ten of their complaint.

  (2) That fictitious party pleadings are not allowed under the Federal Rules of Civil Procedure. <u>McClure v. Houston County, Ala.</u>, 306 F. Supp. 2d 1160, 1162 n. 1 (M.D. Ala. 2003) (<u>citing</u> <u>New v. Sports & Recreation, Inc.</u>, 114 F.3d 1092,

1094 n. 1 (11th Cir. 1997), see also Harris v. Palm Harbor Homes, Inc., 198 F. Supp. 2d 1303, 1304 (M.D. Ala. 2002); Edwards v. Alabama Department of Corrections, 81 F. Supp. 2d 1242, 1257 (M.D. Ala. 2000).

Wherefore, the Defendant City of Dothan requests that all claims against its fictitious police officers be dismissed for failure to state a claim upon which relief may be granted.

Dated this 19th day of September, 2006.

s/ F. Lenton White
F. Lenton White (WHI035)
Attorney for City of Dothan, Alabama
P.O. Box 2128
Dothan, AL  36302
(334) 615-3130

s/ D. Kevan Kelly
D. Kevan Kelly (KEL025)
Assistant City Attorney
P.O. Box 2128
Dothan, AL  36302
(334) 615-3130

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Charles N. Reese, Esq.

s/ D. Kevan Kelly
Of Counsel

2