IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROY EDWARD OLIVER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:06cv430-WHA |
| | ) |
| THE CITY OF DOTHAN, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon a review of the file in this case, it is hereby ORDERED as follows:

1. Plaintiffs are given **until October 2, 2006**, to show cause, if any there be, why the Motion to Dismiss (Doc. #4), filed by the City of Dothan, Alabama, on September 19, 2006, should not be granted.

2. Plaintiffs are given **until October 2, 2006**, to show cause, if any there be, why the Defendant Douglas Johnson should not be dismissed without prejudice from this case pursuant to the provisions of Rule 4(n), *Fed. R.Civ.P.*

DONE this 25th day of September, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE