UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

ROY EDWARD OLIVER AND            *
MICHAEL ANTHONY SOZA,
    Plaintiffs

vs •                             *

                                 Jury Trial Demanded
                                 Case No.:1:06 CV 430-WHA

THE CITY OF DOTHAN, ALABAMA     *
DOUGLAS JOHNSON,

    Defendants.                 *

## RESPONSE TO ORDER TO SHOW CAUSE AND
## MOTION TO STAY THE ACTION AGAINST DOUGLAS JOHNSON
## PURSUANT TO THE SOLDIERS
## AND SAILORS CIVIL RELIEF ACT

    COME the plaintiffs in the above styled cause and shows the Honorable Court the following:

1.    The plaintiff has been advised the defendant is stationed in the Republic of Iraq and it will be impossible for him to appear to defend the claims brought against him due to his military service. 50 U. S. C. Appendix 521 et. sequitor

2.    Plaintiff further shows unto the court that it will work no prejudice upon the defendant Douglas Johnson for this matter to proceed forthwith against the defendant City of Dothan, Alabama.

3.    Plaintiff further shows unto the court that defendants specific military assignment in the Republic of Iraq is presently unknown, and plaintiff, sensitive to issues involving national security has not attempted to ascertain the assignment and hence the location of the defendant.

    Wherefore plaintiff prays that all matters relating to defendant Douglas Johnson be stayed and the court issue an ordering staying the above styled cause as it relates to the liability of Douglas Johnson pursuant to the Soldiers and Sailors Civil Relief Act to wit, 50 U. S. C. Appendix 521, et. sequitor.

                                                    s/Charles N. Reese
                                                     Charles N. Reese
                                                   Reese & Reese Attorneys

                                                  Attorneys for Plaintiff
                                                  P.O. Drawer 250
                                                  Daleville, Alabama 36322
                                                  334-598-6321

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the court on this the 2nd day of October 2006 using the CM/ECF system which will send notification of such filing to the following: F. Lenton White; D. Kevin Kelly.

                                                  s/Charles N. Reese
                                                  Charles N. Reese