UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

ROY EDWARD OLIVER AND         *
MICHAEL ANTHONY SOZA,
    Plaintiffs

vs                            *
   Jury Trial Demanded
   Case Number:1:06 CV 430-WHA

THE CITY OF DOTHAN, ALABAMA   *
DOUGLAS JOHNSON,

    Defendants.              *

### RESPONSE TO ORDER TO SHOW CAUSE
### WHY THE CITY OF DOTHAN'S MOTION TO DISMISS SHOULD NOT BE GRANTED

1. The plaintiff did not intend to assert specific claims for relief against any potential defendant who might be characterized as an unknown defendant.

2. Paragraph One (1.) of the complaint is not artfully drawn and conveys an intent other than that intended.

3. All specific claims for relief are sought from the City of Dothan and from Douglas Johnson.

4. The plaintiff is filing an amended complaint deleting the language of which the defendant complains thereby clarifying the pleadings.

5. Other typographical errors are corrected in the amended complaint.

6. The amended complaint does not substantively change any cause of action against either Douglas Johnson or the City of Dothan.

    Wherefore the plaintiff prays the "Motion to Dismiss" filed by the defendant City of Dothan will be denied as moot.

s/Charles N. Reese
Charles N. Reese
Reese & Reese Attorneys
Attorneys for Plaintiff
P.O. Drawer 250
Daleville, Alabama 36322
334-598-6321

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the court on this the 2nd day of October 2006 using the CM/ECF system which will send notification of such filing to the following: F. Lenton White, D. Kevin Kelly.

s/Charles N. Reese
Charles N. Reese