IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROY EDWARD OLIVER, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO. 1:06cv430-WHA |
| THE CITY OF DOTHAN, et al., | ) |
| Defendants. | ) |

## **ORDER**

It is hereby ORDERED that the Defendant, City of Dothan, Alabama, file a response to the Plaintiffs' Motion to Stay the Action Against Douglas Johnson Pursuant to the Soldiers & Sailors Civil Relief Act (Doc. #7) **on or before October 13, 2006.**

DONE this 3rd day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE