IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROY EDWARD OLIVER and<br>MICHAEL ANTHONY SOZA,<br><br>    PLAINTIFFS,<br><br>v.<br><br>THE CITY OF DOTHAN,<br>ALABAMA, and<br>DOUGLAS JOHNSON,<br><br>    DEFENDANT. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 1:06CV430-WHA<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO STAY

Comes now the Defendant City of Dothan, Alabama pursuant to this Court's Order of October 3, 2006 (Document #9) and responds to the Plaintiffs' Motion to Stay as follows:

(1) That Douglas Johnson ended his employment with the Defendant City of Dothan effective February 17, 2006.

(2) That the Defendant City of Dothan has no information that would confirm the Plaintiffs' contentions that Douglas Johnson is currently serving in the United States armed forces.

(3) Under 50 U.S.C. App. §522, Servicemember Civil Relief Act of 2003, a servicemember may request a stay of a proceeding if he or she is in the military service, or within ninety days after termination of or release from military service,

and has received notice of the action or proceeding. In this case the Plaintiff is making the application for stay, not a servicemember as is required under the Act.

Wherefore, the Defendant City of Dothan requests that the Motion to Stay the proceeding against Douglas Johnson be denied and Douglas Johnson be dismissed as a party to the proceeding pursuant to Rule 4(n) Fed. R. Civ. P.

Dated this 13th day of October, 2006.

s/ F. Lenton White
F. Lenton White (WHI035)
Attorney for City of Dothan, Alabama
P.O. Box 2128
Dothan, AL  36302
(334) 615-3130

s/ D. Kevan Kelly
D. Kevan Kelly (KEL025)
Assistant City Attorney
P.O. Box 2128
Dothan, AL  36302
(334) 615-3130

CERTIFICATE OF SERVICE

I hereby certify that on this 13th of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Charles N. Reese, Esq.

s/ D. Kevan Kelly
Of Counsel

2