IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROY EDWARD OLIVER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:06cv430-WHA |
| | ) |
| THE CITY OF DOTHAN, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Plaintiffs' Motion to Stay (Doc. #7, it is hereby ORDERED as follows:

1. The court wishes to hear from counsel for the parties by telephone conference on Tuesday, November 14, 2006, at 9:00 a.m.

2. Counsel for the parties are DIRECTED to confer on this matter and to arrange for the placement of this conference call to the undersigned's chambers, (334) 954-3710, at the designated time.

DONE this 7th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE