IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROY EDWARD OLIVER, et al.,

                Plaintiffs,

vs.                                     CIVIL ACTION NO. 1:06cv430-WHA

THE CITY OF DOTHAN, ALABAMA, et al.,

                Defendants.

## ORDER

Following a telephone conference with the attorneys for the Plaintiffs and the Defendant, City of Dothan, it is hereby ORDERED as follows:

1. Plaintiffs' Motion to Stay the Action Against Douglas Johnson (Doc. #7) is DENIED.

2. This action is DISMISSED without prejudice as to the Defendant, Douglas Johnson, pursuant to Rule 4(m), *Fed.R.Civ.P.*.

3. The Plaintiffs having filed an Amended Complaint which omits reference to fictitious parties, and which seeks relief only as against Defendants Douglas Johnson and the City of Dothan, Defendant City of Dothan's Motion to Dismiss Fictitious Parties (Doc. #4) is DENIED as moot.

4. The parties are hereby reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan. The Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than **November 30, 2006.**

The longstanding practice in this district is that dispositive motions shall be filed no later than 90 days prior to the pretrial date.   If the parties seek to vary from that schedule, they should present, in the plan, specific case related reasons for the requested variance.

This case will be set for trial before the undersigned judge during one of that judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of commencement of this judge's next two available civil trial terms are as follows: May 21, 2007 and September 24, 2007.  This case will be set for one of these terms, and suggested deadlines should be made accordingly.

The court may or may not hold a scheduling conference before issuing a scheduling order. If the court holds a scheduling conference, counsel may participate in the scheduling conference by conference call.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is available on the court's website, www.almd.uscourts.gov in the Civil Case Information section.

The report of the parties should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure.

DONE this 14th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE