IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROY EDWARD OLIVER and<br>MICHAEL ANTHONY SOZA,<br><br>      PLAINTIFFS,<br><br>v.<br><br>THE CITY OF DOTHAN,<br>ALABAMA, and<br>DOUGLAS JOHNSON,<br><br>      DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:06CV430-WHA<br>)<br>)<br>)<br>)<br>)<br>) |

## REPORT OF PARTIES' PLANNING MEETING

Come now the parties pursuant Rule 26(f) and would report and submit the following regarding their planning meeting.

    1)    Pursuant to Federal Rules of Civil Procedure 26(f), a meeting was held on November 29th, 2006, by telephone and was attended by:

        Charles N. Reese, Attorney for Plaintiff,

        F. Lenton White and D. Kevan Kelly,
        Attorney for Defendant, City of
        Dothan, Alabama;

    2)    Pre-Discovery Disclosures. The parties will exchange the information required by Federal Rules of Civil Procedure 26(a)(1) within 14 days of the meeting.

    3)    Discovery Plan. The parties jointly propose to the court the following discovery plan:

    Discovery on all claims and defenses.

    All discovery commenced in time to be completed by July 27, 2007.

    Maximum of 60 interrogatories by each party to any other party. Responses due 30 days after service.

    Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

    Maximum of fifteen depositions by plaintiff(s) and fifteen by defendant(s).

    Each deposition (other than of plaintiff and defendant) limited to maximum of eight hours unless extended by agreement of the parties.

    Reports from retained experts under Rule 26(a)(2) due:

    from Plaintiff(s) by April 30, 2007.
    from Defendant(s) by June 30, 2007.

    Supplementations under Rule 26(e) due within 30 days of identification.

    4)    Other Items.

    The parties do not request a conference with the court before entry of the scheduling order.

    The parties request a pretrial conference in August, 2007

    Plaintiff should be allowed until February 27, 2007, to join additional parties and February 27, 2007, to amend pleadings.

    Defendants should be allowed until March 27, 2007, to join additional parties and until March 27, 2007, to amend pleadings.

All potentially dispositive motions should be filed no later than 90 days prior to the pretrial hearing.

Settlement cannot be evaluated prior to twenty-one days after the deadline for the filing of dispositive motions.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

from Plaintiff by August 24, 2007.
from Defendants by August 24, 2007.

Parties should have fourteen days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by September 24, 2007, and at this time is expected to take approximately two days.

Respectfully submitted this the 30th day of November, 2006.

s/ Charles N. Reese
Charles N. Reese
Reese & Reese, Attorneys
P.O. Drawer 250
Daleville, Alabama  36322
(334) 598-4455

OF COUNSEL FOR PLAINTIFF

s/ F. Lenton White
F. Lenton White (WHI035)
City Attorney
P.O. Box 2128
Dothan, AL  36302
(334) 615-3130

4

s/ D. Kevan Kelly
D. Kevan Kelly (KEL025)
Assistant City Attorney
P.O. Box 2128
Dothan, AL  36302
(334) 615-3130

OF COUNSEL FOR DEFENDANT:
CITY OF DOTHAN, ALABAMA

4