IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROY EDWARD OLIVER and ) | |
| MICHAEL ANTHONY SOZA, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CASE NO. 1:06CV430-WHA |
| ) | |
| THE CITY OF DOTHAN, ) | |
| ALABAMA, and ) | |
| DOUGLAS JOHNSON, ) | |
| ) | |
| DEFENDANT. ) | |

## <u>DEFENDANT, CITY OF DOTHAN'S,</u>
## <u>MOTION FOR SUMMARY JUDGMENT</u>

Comes now the Defendant, City of Dothan, by and through its

undersigned attorney, pursuant to Rule 56, F.R.Civ.P., and moves this Honorable

Court to enter a final summary judgment in favor of the Defendant on all of

Plaintiffs' claims.  The Defendant respectfully submits that there is no genuine

issue of material fact and that said Defendant is entitled to judgment as a matter of

law.

This motion is based upon the applicable laws; the pleadings; excerpts

from the deposition of Roy Edward Oliver; the Affidavits of Shane Ash, Ken

Long, Michael Sewell, Scott Heath, Tim Eillison, Ray Owens and Mayor Pat

Thomas; videotapes from in-car cameras of Douglas Johnson and Shane Ash from the night of the incident; the booking videotape from the Dothan City Jail for Oliver and Sosa, and the Brief of the Defendant in Support of their Motion for Summary Judgment filed contemporaneously herewith.

Respectfully submitted this the 29th day of May, 2007

s/ D. Kevan Kelly
Assistant City Attorney
City of Dothan
P.O. Box 2128
Dothan, AL 36302
(334) 615-3130

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Charles N. Reese, Esq.

s/ D. Kevan Kelly
Of Counsel