IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROY EDWARD OLIVER and MICHAEL ANTHONY SOZA, | ) ) ) | |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | CASE NO. 1:06CV430-WHA |
| THE CITY OF DOTHAN, ALABAMA, and DOUGLAS JOHNSON, | ) ) ) ) | |
| DEFENDANT. | ) | |

## AFFIDAVIT OF MICHAEL SEWELL

STATE OF ALABAMA,
HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared Michael Sewell, who, being by me first duly sworn, did depose and say as follows:

My name is Michael Sewell, and I am over the age of nineteen years and reside in Houston County, Alabama and I have personal knowledge of the things and matters set forth herein.

On May 16, 2004, at approximately 4:00 a.m., Jake Metcalf and I left club "Darkside" located at 145 South Saint Andrews Street and were headed toward a club called "The Beach." As I walked down the sidewalk, I was punched on the right side of my face. I turned and asked the person who punched me what was



EXHIBIT "A"

going on and he responded "I just felt like hitting you." He came at me again and we began fighting. Then another person started hitting me and they wrestled me to the ground in the street where they both began to kick me in the head, face and ribs. The police then showed up and the two men stopped assaulting me. I got up and made it to the back of the police car. I was bleeding from my face and head and did not know how bad I was injured. The police officer arrested the two men that were assaulting me. They were identified as Roy Edward Oliver and Michael Anthony Soza. I was transported to the hospital by ambulance where I received stitches to close the wounds to my face and staples to close the injury to my head and scalp.

On May 28, 2004, I went to the Magistrate's office for the City of Dothan and signed misdemeanor warrants against Mr. Oliver and Mr. Sosa for assault. On October 27, 2005, Mr. Oliver and Mr. Sosa were convicted of assaulting me on May 16, 2004.

Further Affiant sayeth not.

_____
Michael Sewell

STATE OF ALABAMA,
HOUSTON COUNTY.

    Sworn to and subscribed before me this 25th day of May, 2007.

                                                                     _Linda R. Johnson_
                                                                       Notary Public

My Commission Expires    LINDA R. JOHNSON
                                   Notary Public, AL State at Large
                                   My Comm. Expires Nov. 17, 2009