1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE MIDDLE DISTRICT OF ALABAMA
 3                       SOUTHERN DIVISION
 4    ROY EDWARD OLIVER and    )
      MICHAEL ANTHONY SOZA,    )
 5                             )
          PLAINTIFFS,          )
 6                             )
      VS.                      )   CASE NO. 1:06CV430-WHA
 7                             )
      THE CITY OF DOTHAN,      )
 8    ALABAMA, and DOUGLAS     )
      JOHNSON,                 )
 9                             )
          DEFENDANTS.          )
10
            The deposition of ROY EDWARD OLIVER, taken
11
      by the Defendants, pursuant to the Federal Rules
12
      of Civil Procedure, before John G. Whitfield,
13
      Court Reporter and Notary Public, State at
14
      Large, at the law offices of Reese & Reese,
15
      Daleville, Alabama, on the 14th day of May,
16
      2007, at 9:45 A.M., CDT, pursuant to notice.
17
18                         * * * * *
19
      APPEARANCES:
20
      FOR THE PLAINTIFFS:          FOR THE DEFENDANTS:
21
      MR. NEVILLE REESE            MR. D. KEVAN KELLY
22    Attorney at Law              Asst. City Attorney
      Daleville, Alabama           Dothan, Alabama
23
24
25                                      ORIGINAL
```

EXHIBIT "B"

```
 1       Q    When did Specialist Eager get together
 2   with y'all?
 3       A    Around 10:00, 11:00.  That's why we
 4   didn't go to Dothan until -- that's what I said,
 5   it was about 11:00, 11:30, when we got to
 6   Dothan.  Because we had to wait until he got off
 7   work.
 8       Q    And once y'all came to Dothan, where
 9   did y'all go?
10       A    Grand Central Station.
11       Q    And that's a bar located in downtown
12   Dothan?
13       A    Yes, sir.
14       Q    Did you have anything to drink at that
15   location?
16       A    Yes, sir.
17       Q    What did you have to drink there, sir?
18       A    I had an adult mixed drink.
19       Q    Okay.  And by "adult mixed drink," I
20   assume it had alcohol in it?
21       A    Alcoholic drink, yes, sir.
22       Q    Alcoholic drink?  Okay.
23       A    Yes, sir.
24       Q    How many of those did you have?
25       A    I had two drinks.
```

```
 1          Q    To your knowledge, did Soza or Mr.
 2    Eiger -- is that correct?
 3          A    Eager.
 4          Q    -- Eager?  Have anything to drink in
 5    Club Dark Side?
 6          A    Not to my knowledge.
 7          Q    How long did y'all remain there?
 8          A    Until approximately two or three
 9    minutes before the incident.  Three.  And we
10    came outside.
11          Q    Once you came outside, what, if
12    anything, happened?
13          A    Like I said, there was an altercation
14    and I had to defend myself.
15               COURT REPORTER:  I'm sorry.  I can't
16                    hear you.
17          A    There was an altercation, where I had
18    to defend myself.
19          Q    And this happened outside the club?
20          A    Yes, sir.
21          Q    Had anything happened inside the club?
22          A    No, sir.
23          Q    Did you know the gentleman you had the
24    altercation with?
25          A    No, sir.
```

1    A    Yes, sir.
2    Q    Did Sergeant Johnson ever touch Mr.
3 Soza again, after he got on the ground?  To your
4 knowledge?
5    A    Not to my -- I mean, not to my
6 knowledge.  I don't -- I can't recall.
7    Q    And you said that Sergeant Johnson
8 told you to back up, first?  Is that correct?
9    A    Yes, sir.
10    Q    And did you do that?
11    A    Yes, sir.
12    Q    Did he give you any other
13 instructions?
14    A    He said, "Get down and shut up."
15    I tried to move back, so, you know, comply
16 with all his demands.
17    Q    Well, if he told you to get down, did
18 you get down?
19    A    I don't recall him telling me to get
20 down.
21    Q    Do you recall him pointing pepper
22 spray at you?  While you were standing there on
23 the sidewalk?
24    A    The way that he, you know, sprayed me
25 with pepper spray?

1    you?
2         A    Yes, sir.
3         Q    Can you please describe to me what
4    you're talking about?
5         A    I was on the ground, and he dropped
6    down, full weight, with a knee in my back.
7         Q    Okay.  What part of your back?
8         A    My right side, lower back.
9         Q    The officer who dropped down on you,
10   did he give you any instructions?
11        A    No, sir.  Not that I recall.
12        Q    Do you ever recall any officers asking
13   you to give them your hands, so you could be
14   handcuffed?
15        A    Yes, sir.
16        Q    How many times did they ask you to
17   give them your hands?
18        A    I'm not sure how many times, but --
19        Q    More than once?
20        A    Yes, sir.
21        Q    Why didn't you comply?
22        A    I was trying to comply.  But the way
23   they was moving my arm, to put it behind my
24   back, was not a way that the arm is meant to go.
25        Q    So, they were trying to physically put

```
 1    your arms behind your back, at this point?
 2         A    Yes, sir.  In a way that it would
 3    break the arm.  And I verbally told them that I
 4    could not comply with that, and do that, the way
 5    that they had me positioned.
 6         Q    Were they able to get you handcuffed?
 7         A    Yes, sir.  I mean --
 8         Q    And when they got you handcuffed, did
 9    they break your arm?
10         A    No, sir.
11         Q    Well, how did they handcuff you
12    without breaking your arm, if that's what you're
13    telling me they were doing?
14         A    They started Tasering me.  And it was
15    a lot of -- I mean, Tasers cause you to shake a
16    lot, and, you know, my body was moving or
17    whatever.
18         Q    So, after he Tased you, they were able
19    to get you handcuffed?
20         A    Twice, yes.
21         Q    He Tased you twice?
22         A    Yes, sir.  Two to three times, I
23    think.
24         Q    So, after they Tased you, they were
25    then able to get you handcuffed?
```

1       MR. REESE: Object to the form.
2     Q  Once they got you handcuffed, did they
3  quit Tasing you?
4     A  Yes, sir.
5     Q  After you were handcuffed, what
6  happened, then?
7     A  If I recall correctly, I was then --
8  they checked for my IDs. I said that I was an
9  MP. And, later, we was put -- I was put in the
10 car.
11      MR. REESE: You're trailing -- let me
12           interrupt you a second. You're
13           trailing off on the end of your
14           words, and nobody can hear you.
15           Like you -- you know, just think
16           what you're going to say, say
17           what you're going to say, and say
18           it loudly enough where all the
19           old people sitting at the table,
20           of which I am one, can hear
21           you, please. Okay?
22    Q  Were you put in the car with anyone?
23    A  Michael Soza.
24    Q  You and Mr. Soza were put in the same
25 car?

1   A   Yes, sir.
2   Q   And did you answer those questions?
3   A   Yes, sir.
4   Q   While you were at the jail, did you
5   tell them that you needed medical assistance?
6   A   If I recall correctly, I don't think I
7   -- you know, I don't think I asked for any.
8   Q   You didn't ask to be transported to
9   the hospital or anything like that?
10  A   Not that I recall.
11  Q   And again, I'm not trying to be
12  argumentative. Is there any reason you couldn't
13  recall? If you asked them to carry you to the
14  hospital, wouldn't you remember that?
15  A   They said I was being charged with
16  disorderly conduct, and I was in the military.
17  I mean, there's a lot to think about. I had
18  never been in any trouble before. I was a
19  victim that night, and the military doesn't -- I
20  was fearful for what was going to happen later.
21  Q   As far as the military goes?
22  A   Yes, sir.
23  Q   But, let me back up to my question.
24  Did you ask them to transport you to the
25  hospital?

```
1       A     No, sir.  Not that I recall.
2       Q     What injuries did you suffer from the
3  officers that night?
4       A     Pain through my lower back.
5  Approximately three scars, from the Taser.
6  That's about it.  From the officers.
7       Q     Did you have to go to the hospital, as
8  a result of this pain in your lower back or --
9       A     Later, when I returned to Fort Rucker.
10      Q     You went to the hospital?
11      A     I went to the clinic they have on Fort
12 Rucker, yes, sir.
13      Q     Were you checked out?
14      A     Yes, sir.  They checked out the
15 injuries I had and --
16      Q     Okay.  And did they treat you in any
17 -- I mean, did you have stitches?  Did you have
18 to be hospitalized?
19      A     No, sir.  They just -- light duty,
20 sir, for my sprained ankle and my lower back.
21 Like I twisted a muscle or something, and
22 couldn't do sit-ups.
23      Q     How long were you on light duty?
24      A     Approximately a week, two weeks, sir.
25      Q     Were you still performing your duties
```

37

1  Q   And after you filed -- and let me ask
2  it this way: I'm assuming you did a report to
3  the police department, first? Right?
4  A   Yes, sir.
5  Q   And then, after you did the report at
6  the police department, they told you where to go
7  to the magistrate's office and how to get a
8  warrant? Right?
9  A   Yes, sir.
10 Q   And when you filled out your incident
11 and offense report, did you tell the officer
12 everything that happened that night?
13           MR. REESE: Object to the form. You
14               can answer.
15 A   I -- I recall giving them the details
16 of the incident, yes, sir.
17 Q   Did you ever tell that officer that
18 other police officers had mistreated you in any
19 way?
20 A   I can't recall if I did.
21 Q   Did you ever call the Dothan Police
22 Department, or when you were down, filling out
23 this report, did you talk to anybody at the
24 police department or complain about the
25 officers' use of force?

| | | |
|---|---|---|
| 1 | A | No, sir. Not that I recall. |
| 2 | Q | Did you incur any medical bills, as a |
| 3 | | result of this incident? |
| 4 | A | No, sir. The military pays for all |
| 5 | | medicals. |

      MR. REESE: There is a third-party subrogation, that he doesn't know about. I'll give you the documents.

| | | |
|---|---|---|
| 10 | Q | Do you have any idea what training |
| 11 | | Dothan police officers receive? |
| 12 | A | I don't know, sir. |
| 13 | Q | Do you have any idea what process the |
| 14 | | Dothan Police Department goes through, when they |
| 15 | | hire somebody? |
| 16 | A | No, sir. |
| 17 | Q | Let me ask you this: You said |
| 18 | | Sergeant Johnson is the one that sprayed you and |
| 19 | | pushed you to the ground? |
| 20 | A | Yes, sir. |
| 21 | Q | And, initially, you sued him, in this |
| 22 | | complaint? Correct? |
| 23 | A | Yes, sir. |
| 24 | Q | And you also sued the City of Dothan? |
| 25 | A | Yes, sir. |

```
 1          Q    Is that because we employed him?  Is
 2     that why you sued the city?
 3               MR. REESE:  Object to the form.
 4          A    I -- I would say, because he was the
 5     one that was wearing the uniform at the time,
 6     given the duty and responsibility of being a
 7     peace officer, carrying those duties and
 8     responsibilities out unjustly.
 9          Q    Okay.  So, my question again was, did
10     you sue the City of Dothan because he was
11     working for us?
12               MR. REESE:  Object to the form.
13          A    Yes, sir.
14          Q    Well, I mean, the reason I ask that,
15     the city is a municipal corporation.  So, I
16     mean, it's like a company.  So, the company
17     wasn't there?  An employee was there?  Right?
18          A    (Witness nodding head in affirmative.)
19          Q    Your attorney sent me some answers to
20     interrogatories and requests for production --
21               MR. KELLY:  Has he signed those, yet?
22               MR. REESE:  I don't know.  I don't
23                    think so.  He got in yesterday.
24                    You can ask him about them.  If
25                    you want, we can take a recess
```