SGT. DOUGLAS JOHNSON'S IN-CAR VIDEOTAPE

(ATTACHED SEPARATELY)

EXHIBIT "D"

EXHIBIT "D"