SHANE ASH'S IN-CAR VIDEOTAPE

(ATTACHED SEPARATELY)

EXHIBIT "E"

EXHIBIT "E"