IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROY EDWARD OLIVER and          )
MICHAEL ANTHONY SOZA,          )
                               )
        PLAINTIFFS,            )
                               )
v.                             )        CASE NO. 1:06CV430-WHA
                               )
THE CITY OF DOTHAN,            )
ALABAMA, and                   )
DOUGLAS JOHNSON,               )
                               )
        DEFENDANT.             )

## AFFIDAVIT OF KEN LONG

STATE OF ALABAMA,
HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared Ken Long, who, being by me first duly sworn, did depose and say as follows:

My name is Ken Long, and I am over the age of nineteen years and reside in Houston County, Alabama and I have personal knowledge of the things and matters set forth herein.

In order to be employed as a Dothan Police Officer, I passed a Civil Service exam, was interviewed by a Candidate Selection Board, passed a physical and mental exam. I also underwent a background check and a polygraph exam. After I successfully completed the process, I was employed as a police officer for the City

EXHIBIT

"F"

of Dothan on November 22, 2002. On March 28, 2003, I completed the 480 hours of training at the Police Academy which included training on the proper use of force and I was certified as a police officer by the Alabama Peace Officers Standards and Training Commission. After completing the Police Academy, I received 200 hours of training in the Dothan Probationary Police Officers Training Program which also includes training in the use of force. I completed the course May 02, 2003. I have received additional training on the Use of Force from the Dothan Police Department including a four hour class on the Use of Force on January 14, 2004. As a police officer with the City of Dothan, I am subject to the Dothan Personnel Rules and Regulations as well as the Procedural General Orders of the Police Department and all Municipal, State and Federal laws.

On May 16, 2004, I was working in the patrol division and I responded to the intersection of East Main Street and South Saint Andrews Street. Upon my arrival, I saw Sgt. Johnson standing in front of a BMW automobile parked on the east side of South St. Andrews Street. There was one individual laying in the road and one individual on the sidewalk. Neither of the suspects had been secured by handcuffs and I did not know if they had been searched for weapons. Sgt. Johnson was standing between them maintaining control over both subjects. I handcuffed the individual laying in the road (later identified as Mr. Soza) without any problem. While handcuffing Mr. Soza, I could smell an odor of alcohol on him. I then

assisted Officer Ash in handcuffing the individual on the sidewalk, later identified

as Mr. Oliver. He also had a strong odor of alcohol on his person. Mr. Oliver was

laying on his stomach and refusing to be handcuffed. Officer Ash gave him

repeated orders to give us his hands so we could handcuff him. I attempted to pull

his hands behind his back in order to handcuff him but he physically resisted.

Officer Ash then used his taser without the probes to tase the individual. When

Officer Ash tased him, I was able to gain control over his hands and put handcuffs

on him. As soon as I got the handcuffs secure, Officer Ash removed the taser. I

then went to the suspect in the roadway and stood him up and put him in a patrol

car. Officer Ash and Sgt. Johnson stood the individual up on the sidewalk and also

placed him in a patrol car. Both individuals were then transported to the Dothan

City jail and booked on the charge of Disorderly Conduct. Fire medics and

ambulance personnel responded to the scene but neither, Mr. Oliver nor Mr. Soza

complained of injury or requested medical treatment. Had they requested

treatment or complained of any injury, they would have been taken to South East

Alabama Medical Center to be checked before being booked at the jail. Neither I,

nor any other officer used excessive force against the Plaintiffs. Only that force

necessary to control and arrest the plaintiffs was used.

Further Affiant sayeth not.

**Ken Long**

STATE OF ALABAMA,
HOUSTON COUNTY.

Sworn to and subscribed before me this __24th__ day of May, 2007.

Notary Public

My Commission Expires _____

LINDA R. JOHNSON
Notary Public, AL State at Large
My Comm. Expires Nov. 17, 2009

4