JAIL BOOKING VIDEOTAPE

(ATTACHED SEPARATELY)

EXHIBIT "G"

