IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROY EDWARD OLIVER and MICHAEL ANTHONY SOZA, <br><br> PLAINTIFFS, <br><br> v. <br><br> THE CITY OF DOTHAN, ALABAMA, and DOUGLAS JOHNSON, <br><br> DEFENDANT. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 1:06CV430-WHA |

## AFFIDAVIT OF TIM ELLISON

STATE OF ALABAMA,
HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared Tim Ellison, who, being by me first duly sworn, did depose and say as follows:

My name is Tim Ellison, and I am over the age of nineteen years and reside in Geneva County, Alabama and I have personal knowledge of the things and matters set forth herein.

I am employed as a police officer by the City of Dothan Police Department and was so employed on May 16, 2004. I hold the rank of corporal.

On August 5, 2004, at approximately, 3:30 p.m. I was working the front desk at the Dothan Police Department where I met with Mr. Roy Edward Oliver



EXHIBIT "H"

and Mr. Michael Anthony Soza. These two individuals wanted to file an Incident/Offence Report involving a fight which occurred on May 16, 2004, in the 100 block of South Saint Andrews Street. Mr. Oliver reported that Mr. Jake Metcalf assaulted him causing injuries, including a swollen lip and an injured ankle. I then spoke to Mr. Michael Soza who wanted to file an Offense Report involving the same incident. Mr. Soza reported that he was assaulted by Mr. Michael Sewell. Mr. Soza alleged that Mr. Sewell punched him in the left side of his face causing bruising and that Mr. Sewell kicked him in the right knee. Mr. Soza also alleged that Mr. Jake Metcalf had damaged his 2004 BMW automobile when he jumped on the hood. Both individuals admitted they had been drinking alcohol that evening. I completed the Incident/Offense Reports and turned them into Sgt. T.E. Merrit of the Dothan Police Department. I advised Mr. Oliver and Mr. Soza to contact the City of Dothan Magistrate's Office if they would like to obtain a warrant on the individuals.

During my conversations with Mr. Oliver and Mr. Soza, neither of them ever alleged any injury was caused by a Dothan Police Officer. They did not make any allegations of excessive for unreasonable force used by any Dothan Police Officer during the incident of May 16, 2004. Had they done so, I would have documented it on the report and directed them to a supervisor or to a member of the Internal

Affairs Division in order to file a complaint. I have attached the two Incident/Offence Reports to my affidavit. (Attachments A and B).

Further Affiant sayeth not.

*Tim Ellison*

STATE OF ALABAMA,
HOUSTON COUNTY.

Sworn to and subscribed before me this 24th day of May, 2007.

*Linda R. Johnson*
Notary Public

My Commission Expires _____

LINDA R. JOHNSON
Notary Public, AL State at Large
My Comm. Expires Nov. 17, 2009

3

POSSE

# DOTHAN POLICE DEPARTMENT INCIDENT/OFFENSE REPORT

| OFF# | OCCURRED ON OR BETWEEN | | | ☐ INCIDENT | ☐ JUVENILE |
|---|---|---|---|---|---|
| 1-04-004521 | DATE 5/16/04 | TIME 04/9 | DAY OF WEEK (S)MTWTFS / SMTWTF(S) | ☒ OFFENSE ☐ SUPPLEMENT | PAGE 1 OF 2 |
| COUNTY: Houston | | | | | |

| OFFENSE | ☐ FELONY ☒ MISD. | ☒ ALCOHOL ☐ DRUGS ☐ DOMESTIC | BUSINESS NAME (IF VICTIM) |
|---|---|---|---|
| ☐ ATTEMPT  Assault Third Degree | | | |

| ADDRESS | LOCATION TYPE | ZONE | SHIFT |
|---|---|---|---|
| 100 S. Saint Andrews St.  36301 | Street | 11 | 1st |

| REASON FOR ACT | WEAPON/TOOL USED | POINT OF ENTRY | ☐ FORCED ☐ NO FORCE | POINT OF EXIT | STRUCTURE TYPE |
|---|---|---|---|---|---|
| Assault | Hands | | | | |

| REPORTING OFFICER/ID | DATE | TIME | SUPERVISOR/ID |
|---|---|---|---|
| T. Ellison 678 | 8/5/04 | 1630 | TEM271 |

| CASE STATUS | CASE DISPOSITION | EXCEPTIONAL CLEARANCE | |
|---|---|---|---|
| ☐ PENDING  ☐ CLOSED BY ARREST | ☐ ARREST ADULT | ☐ SUSPECT DECEASED | ☒ LACK OF PROSECUTION |
| ☐ INACTIVE  ☐ UNFOUNDED | ☐ ARREST JUVENILE | ☐ VICTIM DECEASED | ☐ OTHER PROSECUTION |
| ☒ CLOSED | ☐ UNFOUNDED | ☐ JUVENILE, NO REFERRAL | ☐ UNFOUNDED |

## PERSONAL INFORMATION

| ☐ COMPLAINANT ☒ VICTIM | NAME (LAST, FIRST, MIDDLE)  Soza, Michael Anthony | ALIAS, MAIDEN, NICKNAME |
|---|---|---|

ADDRESS: 8350 3rd Ave, Unit #212, Ft. Rucker, AL 36362

| HOME PHONE | WORK PHONE | DOB | POB | SSN |
|---|---|---|---|---|
| 512-845-424 | 255-2222 | 10/25/82 | | 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 |

| OLN/ID | STATE | RACE | SEX | ETHNIC ORIGIN | HEIGHT | WEIGHT | EMPLOYER/SCHOOL |
|---|---|---|---|---|---|---|---|
| 15524996 | TX | H | M | Hispanic | 5'11" | 185 | U.S. Army |

| OCCUPATION | VICTIM TYPE | WILL PRESS CHARGES ☐ CAN I.D. SUSPECT | SOBRIETY | EXTENT OF INJURY |
|---|---|---|---|---|
| MP | Person | | Drinking | minor |

| INJURY TYPE | MEDICAL TREATMENT | SAMC ☐ FLOWERS ☐ OTHER | PHYSICIAN | |
|---|---|---|---|---|
| Bruising | none | | | |

| WEAPON HELD | HAND USE | CAUTIONS | | MARITAL STATUS |
|---|---|---|---|---|

## PROPERTY

| QTY | STOLEN, RECOVERED, LOST, FOUND, DAMAGED, EVIDENCE (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL#, COLOR, ETC.) | VALUE STOLEN | DAMAGED | RECOVERED DATE | VALUE |
|---|---|---|---|---|---|
| | | | | | |

THIS IS TO CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY

## VEHICLE

| CATEGORY | ☐ STOLEN ☐ RECOVERED ☐ SUSPECT ☐ VICTIM ☐ UNAUTHORIZED USE ☐ ABANDONED ☐ TRAFFIC HAZARD ☐ DAMAGED |
|---|---|

| YEAR | MAKE | MODEL | STYLE | COLOR | VEHICLE TYPE |
|---|---|---|---|---|---|
| TAG | | STATE | VIN | | VALUE |
| INSURED BY | | RECOVERY LOCATION | | | |

## NCIC

| ITEM | ENTRY DATE | CANCEL DATE | NIC# | AIN# |
|---|---|---|---|---|

| SUSPECT/MISSING PERSON | | |
|---|---|---|
| ☐ SUSPECT ☐ MISSING | NAME (LAST, FIRST, MIDDLE): Sewell, Michael J. | ALIAS, MAIDEN, NICKNAME |
| ADDRESS | | |
| HOME PHONE | WORK PHONE | DOB | POB | SSN |
| OLN/ID | STATE | RACE: W | SEX: M | ETHNIC ORIGIN | HEIGHT | WEIGHT | EMPLOYER/SCHOOL |
| OCCUPATION | HAIR COLOR | HAIR LENGTH | HAIR STYLE | EYE COLOR | COMPLEXION |
| FACIAL HAIR | BUILD | TEETH | SPEECH | HAND USE | MARITAL STATUS | SOBRIETY |
| CAUTIONS | SCARS, MARKS, TATTOOS | CLOTHING WORN |

**DOMESTIC**

| VICTIM RELATIONSHIP TO OFFENDER | ☐ PRIOR COURT ORDERS ☐ CHILDREN PRESENT |
| | ☐ PREVIOUS COMPLAINTS ☐ BOTH PARTIES ARRESTED |
| CHILD PRESENT (LAST, FIRST, MIDDLE) | AGE | CHILD PRESENT (LAST, FIRST, MIDDLE) | AGE |

**NARRATIVE**

Victim Soza advised that he was arrested on 5-16-04 for disorderly conduct on the 100 block of S. Saint Andrews Street for fighting with Sewell. Soza now seeks prosecution for injuries received when Sewell attacked him when Soza attempted to break up another fight. Soza's injuries were bruises from Sewell having punched him on the left side of his face and having kicked him on his right knee.

Suspect Metcalf then jumped upon the hood of Soza's 2004 BMW 325 CI, causing enough damage to call for the hood to need replacement.

THIS IS TO CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY.

| COMPLAINANT SIGNATURE | | | |
| RELATED CASE # | SOURCE | RELATED CASE # | SOURCE |
| RELATED CASE # | SOURCE | RELATED CASE # | SOURCE |



# DOTHAN POLICE DEPARTMENT INCIDENT/OFFENSE REPORT

**CASE#:** 1-04-004521
**PAGE:** 2 OF 2
☒ SUPPLEMENT

**OFFENSE:** Criminal Mischief Third (MISD)

**CASE STATUS:** ☒ CLOSED
**EXCEPTIONAL CLEARANCE:** ☒ LACK OF PROSECUTION

**SUPERVISOR/ID:** TJM271

## PROPERTY

| QTY | STOLEN, RECOVERED, LOST, FOUND OR DAMAGED | VALUE STOLEN | DAMAGED | RECOVERED DATE | VALUE |
|---|---|---|---|---|---|
| 1 | Hood for 2004 BMW 325 CI | | 1000⁰⁰ | | |

*THIS IS TO CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY.*

## VEHICLE

**CATEGORY:** ☒ VICTIM  ☒ DAMAGED

| YEAR | MAKE | MODEL | STYLE | COLOR | VEHICLE TYPE |
|---|---|---|---|---|---|
| 2004 | BMW | 325 CI | 2DR | Black | Passenger |

**TAG:** 4X38NFM    **STATE:** TX

| | | | | | |
|---|---|---|---|---|---|
| ITEM | ENTRY DATE | CANCEL DATE | NIC# | | AIN# |
| ITEM | ENTRY DATE | CANCEL DATE | NIC# | | AIN# |

**SUSPECT / MISSING / ALSO VICTIM** — NAME (LAST, FIRST, MIDDLE): Metcalf, Jake Brent    ALIAS NAMES OR NICKNAMES:

ADDRESS: 386 E. Saunders Rd., Lot #E 512, Dothan, AL 36303

HOME PHONE: 671-2335    WORK PHONE: 799-8033    DOB: 4/22/72    POB:    SSN: 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

OLN/ID: 5675859    STATE: AL    RACE: W    SEX: M    ETHNIC ORIGIN: White    HEIGHT: 6'00"    WEIGHT: 175    EMPLOYER: SAMC

OCCUPATION: RN    HAIR COLOR: Brown    HAIR LENGTH:    HAIR STYLE:    EYE COLOR:    COMPLEXION:

FACIAL HAIR: none    BUILD: normal    TEETH: normal    SPEECH:    HAND USE:    MARITAL STATUS:    SOBRIETY: Drinking

CAUTIONS:    SCARS, MARKS, TATTOOS:    CLOTHING WORN:

**NARRATIVE:**

THIS IS TO CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY.

OFFICER SIGNATURE/ID#:    COMPLAINANT SIGNATURE:

RELATED CASE#:    SOURCE:    RELATED CASE#:    SOURCE:
RELATED CASE#:    SOURCE:    RELATED CASE#:    SOURCE:

# POSSE
## DOTHAN POLICE DEPARTMENT INCIDENT/OFFENSE REPORT

| Field | Value |
|---|---|
| CASE # | 1-04-004521 |
| COUNTY | Houston |
| OCCURRED DATE | 5/16/04 |
| TIME | 0419 |
| DAY OF WEEK | S (Sunday) |
| CHECKED | OFFENSE, SUPPLEMENT |
| PAGE | 1 OF 1 |
| OFFENSE | Assault Third Degree (Misd) |
| ADDRESS | 100 Block S. Saint Andrews St. 36301 |
| REASON FOR ACT | Assault |
| WEAPON/TOOL USED | Hands |
| FORCED | ✓ |
| REPORTING OFFICER/ID | T. Ellison 628 |
| DATE | 8/5/04 |
| TIME | 16:30 |
| SUPERVISOR/ID | TEM 271 |
| CASE STATUS | ☒ CLOSED |
| EXCEPTIONAL CLEARANCE | ☒ LACK OF PROSECUTION |

### Personal Information

| Field | Value |
|---|---|
| COMPLAINANT / VICTIM | ✓ |
| NAME (LAST, FIRST, MIDDLE) | Oliver, Roy Edward |
| ADDRESS | 8350 3rd Ave, Unit #136, Ft Rucker, AL |
| HOME PHONE | 447-0850 |
| WORK PHONE | 255-2222 |
| DOB | 7/13/82 |
| SSN | 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 |
| STATE | B |
| RACE | M |
| SEX | Black |
| HEIGHT | 5'11" |
| WEIGHT | 193 |
| EMPLOYER | U.S. Army |
| OCCUPATION | MP |
| VICTIM TYPE | Person |
| SOBRIETY | Drinking |
| EXTENT OF INJURY | minor |
| INJURY TYPE | Swelling |
| MEDICAL TREATMENT | none |

THIS IS TO CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY.
S. Carroll

| NCIC | ITEM | ENTRY DATE | CANCEL DATE | NIC# | AIN# |
|---|---|---|---|---|---|
| | ITEM | ENTRY DATE | CANCEL DATE | NIC# | AIN# |

**SUSPECT/MISSING PERSON**

- SUSPECT / MISSING / ALSO VICTIM
- NAME (LAST, FIRST, MIDDLE): Metcalf, Jake Brent
- ALIAS NAMES OR NICKNAMES:
- ADDRESS: 386 E. Saunders Rd., Lot # E512, Dothan, AL 36301
- HOME PHONE: 671-2335
- WORK PHONE: 793-8033
- DOB: 4/22/72
- POB:
- SSN: 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
- OLN/ID:
- STATE:
- RACE: W
- SEX: M
- ETHNIC ORIGIN: White
- HEIGHT: 6'00"
- WEIGHT: 175
- EMPLOYER: SAMC
- OCCUPATION: RN
- HAIR COLOR: Brown
- HAIR LENGTH: med.
- HAIR STYLE:
- EYE COLOR:
- COMPLEXION:
- FACIAL HAIR: none
- BUILD: med
- TEETH:
- SPEECH:
- HAND USE:
- MARITAL STATUS:
- SOBRIETY: Drinking
- CAUTIONS:
- SCARS, MARKS, TATTOOS:
- CLOTHING WORN:

**NARRATIVE**

Oliver advised that he was injured by Metcalf during a fight with him on the 100 block of South Saint Andrews St. Oliver sustained a swollen lip and ankle.

THIS IS TO CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY.

OFFICER SIGNATURE/ID#:
COMPLAINANT SIGNATURE:
RELATED CASE#: SOURCE: RELATED CASE#: SOURCE:
RELATED CASE#: SOURCE: RELATED CASE#: SOURCE: