IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROY EDWARD OLIVER and | ) | |
| MICHAEL ANTHONY SOZA, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06CV430-WHA |
| | ) | |
| THE CITY OF DOTHAN, | ) | |
| ALABAMA, and | ) | |
| DOUGLAS JOHNSON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## AFFIDAVIT OF PAT THOMAS

STATE OF ALABAMA,
HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared Pat Thomas, who being by me first duly sworn, did depose and says as follows:

My name is Pat Thomas and I am over the age of nineteen and reside in Houston County, Alabama. I have personal knowledge of the things and matters set out below. I am the Mayor for the City of Dothan and have held the position since October, 2005. Prior to becoming Mayor, I served for eight years as the elected Commissioner for the City of Dothan in District Five. Based on my service as Mayor and as a Commissioner for the City of Dothan, I am familiar with the policy and procedures for the City of Dothan. I can testify that the City of Dothan has no policies or customs that would allow or condone the use of excessive or

EXHIBIT "I"

unnecessary force by a police officer or the violation of a citizen's civil rights in any manner whatsoever. Furthermore, all policies or customs of the City of Dothan are constitutional in every respect.

The Dothan Police Department maintains a training division to ensure that all officers are properly trained. I am aware of no deficiencies in the police department training program. Furthermore, the Dothan Police Department maintains an Internal Affairs division to oversee the investigation of complaints made against police officers. If it is determined that an officer has violated the rules of conduct for a city employee or the Procedural General Order of the Dothan Police Department, the officer would be disciplined pursuant to the Dothan Civil Service Act. If the officer violates Municipal, State or Federal laws, the officer would be subject to prosecution by the appropriate authority.

Further the affiant sayeth not.

_____
Pat Thomas

STATE OF ALABAMA,
HOUSTON COUNTY.

Sworn to and subscribed before me this the 25th day of May, 2007.

_____
NOTARY PUBLIC

My Commission Expires: _____

LINDA R. JOHNSON
Notary Public, AL State at Large
My Comm. Expires Nov. 17, 2009