IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROY EDWARD OLIVER and MICHAEL ANTHONY SOZA, | ) ) ) |
| PLAINTIFFS, | ) ) ) |
| v. | ) ) CASE NO. 1:06CV430-WHA |
| THE CITY OF DOTHAN, ALABAMA, and DOUGLAS JOHNSON, | ) ) ) ) ) |
| DEFENDANT. | ) |

### AFFIDAVIT OF SCOTT HEATH

STATE OF ALABAMA,
HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared Scott Heath, who, being by me first duly sworn, did depose and say as follows:

My name is Scott Heath, and I am over the age of nineteen years and reside in Houston County, Alabama and I have personal knowledge of the things and matters set forth herein.

I am employed by the City of Dothan Police Department and have been employed since 1990. I hold the rank of Corporal and am currently assigned to the training division of the Dothan Police Department. My job includes training officers, scheduling training events and maintaining the training records of officers



EXHIBIT "J"

to insure that all officers meet the minimum 12 hours yearly training pursuant to Ala. Code § 36-21-51 (1975). I have reviewed the training records of former Sgt. Douglas Johnson, former officer Shane Ash and officer Ken Long and can report as follows.

Sgt. Johnson was certified by the Alabama Peace Officers Standards and Training Commission prior to becoming employed by the City of Dothan on November 26, 1990. Sgt. Johnson's training records indicate he received extensive training while at the Dothan Police Department (Attachment A, Training records of Johnson). Sgt. Johnson was certified to carry Capstun[1] (pepper-spray) on April 14, 1993, and he had several classes on the Use of Force, including a four hour training class on the Use of Force on January 13, 2004.

Officer Ash was employed by the Dothan Police Department on December 29, 2002, while waiting to attend the Police Academy. He then completed 200 hours training with the Dothan Police Department Probationary Officers' Training Program on May 2, 2003, which included use of force training. He then attended the Police Academy and received 480 hours of training and was certified as a police officer by the Alabama Peace Officer's Training Standards Commission on July 25, 2003. Officer Ash received additional training after completing the

---

[1] Capstun is a non-lethal chemical irritant used by the military and law enforcement. The product is basically made from chili peppers and is carried in a spray container. The chemical causes irritation to the eyes, nose and throat.

2

academy which included a use of force class on January 13, 2004, and he was trained and certified to carry a taser[2] on January 13, 2004 (Attachment B, Shane Ashs' Training Records).

Officer Ken Long was hired by the Dothan Police Department on November 22, 2002. He completed 480 hours training at the Police Academy and was certified as a police officer by the Alabama Peace Officer Standards and Training Commission on March 28, 2003. After completing the academy, officer Long completed 200 hours training with the Dothan Police Department Probationary Officers Program on May 02, 2003, which included use of force training. Officer Long received additional training which included a Use of Force class on January 14, 2004 (Attachment C, Training Records). The City of Dothan's Police Department conducts regular training with all officers and the program is not deficient in any manner. The Dothan Police Department has Procedural General Orders that officers must follow regarding the use of force, capstun and taser. Additionally, all officers must follow the Personnel Rules and Regulations for the City of Dothan as well as all Municipal, State and Federal laws. If an officer violates any of these provisions, they are subject to discipline under the Dothan Civil Service Act as well as prosecution by the appropriate

---

[2] A taser is a less than lethal conducted energy weapon, shaped liked a hand gun. It can be used with or without propelled wire leads to conduct energy to the target. The taser's electrical charge controls and overrides the body's central nervous system causing uncontrollable contractions of the muscle tissue in order to physically debilitate a target.

authority. Police officer candidates must undergo extensive screening before being eligible for employment with the Dothan Police Department. Candidates must sit for a Civil Service exam and undergo physical and mental evaluations. The candidate must also must be approved through a Candidate Review Board made up of officers from various ranks. They undergo a background check and beginning in 1997, the candidate must also take a polygraph examination. If a candidate successfully completes the screening process, the individual would be eligible for employment with the Dothan Police Department.

Further Affiant sayeth not.

_____
**Scott Heath**

STATE OF ALABAMA,
HOUSTON COUNTY.

　　Sworn to and subscribed before me this 25th day of May, 2007.

_____
Notary Public

My Commission Expires _____

LINDA R. JOHNSON
Notary Public, AL State at Large
My Comm. Expires Nov. 17, 2009

4

Employee: 01 - 0000000355  JOHNSON        TERM DOUGLAS        254339784
**Options:  1 to Select   3 to Copy   4 to Delete**           Position to Date:

| Opt | Start Date | Course | Pass/Fail | Hours | Type | Expire Date |
|---|---|---|---|---|---|---|
| _ | 6/09/89 | MINIMUM STNADARDS | P | 280.0 | | 0/00/00 |
| _ | 11/00/91 | SEXUAL HARASSMENT AWARENESS | P | 2.0 | | 0/00/00 |
| _ | 7/28/92 | TRAFFIC ACCIDENT REPORTS | P | 2.0 | | 0/00/00 |
| _ | 8/04/92 | CRIME SCENE PRESERVATION | P | 1.0 | | 0/00/00 |
| _ | 1/18/93 | ASP BASIC | P | 8.0 | WEAPON TRAINING | 0/00/00 |
| _ | 3/18/93 | DEFENSIVE DRIVING COURSE | P | 4.0 | | 0/00/00 |
| _ | 4/14/93 | CAPSTUN | P | 2.0 | OTHER TRAINING | 0/00/00 |
| _ | 4/14/93 | HOSPICE TRAINING | P | 1.0 | OTHER TRAINING | 0/00/00 |
| _ | 4/28/93 | FIREARMS QUAL | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 6/09/93 | EMERGENCY MED TRAINING | P | 4.0 | Emergency Medica | 0/00/00 |
| _ | 7/27/93 | RADAR CERT | P | 4.0 | RADAR TRAINING | 0/00/00 |
| _ | 10/12/93 | FIREARMS QUAL | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 10/28/93 | CADS | P | 2.0 | OTHER TRAINING | 0/00/00 |
| _ | 5/11/94 | PISTOL QUALIFICATION | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 9/04/94 | FIELD TRAINING OFFICER COURSE | P | 32.0 | OTHER TRAINING | 0/00/00 |
| _ | 9/08/94 | PISTOL QUALIFICATION | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 6/21/95 | ADVANCED FIREARMS TRAINING | P | 8.0 | WEAPON TRAINING | 0/00/00 |
| _ | 7/10/95 | TRAFFIC HOMICIDE INVESTIGATION | P | 80.0 | | 0/00/00 |
| _ | 10/18/95 | ADV. SHOTGUN/PISTOL QUAL. | P | 8.0 | WEAPON TRAINING | 0/00/00 |
| _ | 1/26/96 | BLOOD&AIRBORNE PATHOGENS/CPR | P | 8.0 | Emergency Medica | 0/00/00 |
| _ | 4/18/96 | DOMESTIC VIOLENCE UPDATE | P | 8.0 | LAW BRIEFING | 0/00/00 |
| _ | 9/11/96 | ADVANCED FIREARMS TRAINING | P | 8.0 | WEAPON TRAINING | 0/00/00 |
| _ | 11/11/96 | CULTURAL DIVERSITY | P | 12.0 | OTHER TRAINING | 0/00/00 |
| _ | 8/12/97 | DUI TRAINING | P | 3.5 | DUI TRAINING | 0/00/00 |
| _ | 8/22/97 | FIREARMS QUALIFICATION | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 11/24/97 | USE OF FORCE/OFFICER SAFETY | P | 8.0 | OTHER TRAINING | 0/00/00 |
| _ | 12/10/97 | PATROL RESPONSE TO CRIME SCENE | P | 4.0 | OTHER TRAINING | 0/00/00 |
| _ | 5/11/98 | 2/MAN BUILDING SEARCHES | P | 8.0 | OTHER TRAINING | 0/00/00 |
| _ | 8/14/98 | INV. FALSE ALLE. CHILD SEX ABU | P | 6.5 | OTHER TRAINING | 0/00/00 |
| _ | 8/21/98 | INT. TECH. INV. VIC. OF CHILD | P | 6.5 | OTHER TRAINING | 0/00/00 |
| _ | 10/20/98 | FINGERPRINT.& MOTORCYCLE GANGS | P | 7.0 | OTHER TRAINING | 0/00/00 |
| _ | 11/03/98 | FIREARMS QUALIFICATION | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 12/15/98 | OFFICER SURVIVAL TRAINING | P | 8.0 | WEAPON TRAINING | 0/00/00 |
| _ | 2/08/99 | CHILD ABUSE & EXPLOITATION INV | | 40.0 | OTHER TRAINING | 0/00/00 |
| _ | 3/02/99 | POST QUALIFICATION | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 4/05/99 | FIREARMS REFRESHER TRAINING | P | 4.0 | WEAPON TRAINING | 0/00/00 |
| _ | 5/20/99 | SCHOOL VIOLENCE | | 2.0 | OTHER TRAINING | 0/00/00 |
| _ | 6/23/99 | FATAL CHILD ABUSE/ SIDS | | 3.0 | OTHER TRAINING | 0/00/00 |
| _ | 6/30/99 | CHILD ABUSE INTERVENTION | P | 3.0 | LAW BRIEFING | 0/00/00 |
| _ | 9/28/99 | ACJES COMPUTER OPERATION | P | 8.0 | OTHER TRAINING | 0/00/00 |
| _ | 10/06/99 | YOUTH VIOLENCE RECOGNITION | P | 8.0 | OTHER TRAINING | 0/00/00 |
| _ | 10/07/99 | YOUTH VIOLENCE RESPONSE | P | 8.0 | OTHER TRAINING | 0/00/00 |
| _ | 10/19/99 | HOSTAGE NEGOTIATIONS | P | 24.0 | OTHER TRAINING | 0/00/00 |
| _ | 12/03/99 | RESPONDING TO STRESS | P | 2.0 | OTHER TRAINING | 0/00/00 |
| _ | 1/29/00 | CULTURAL DIVERSITY | P | 8.0 | OTHER TRAINING | 0/00/00 |

"A"

          Employee: 01 - 0000000355  JOHNSON    TERM DOUGLAS          254339784
Options: 1 to Select  3 to Copy  4 to Delete         Position to Date:

| Opt | Start Date | Course | Pass Fail | Hours | Type | Expire Date |
|---|---|---|---|---|---|---|
| _ | 2/10/00 | ABUSE & NEGLECT CASES | P | 2.0 | OTHER TRAINING | 0/00/00 |
| _ | 3/07/00 | NATIONAL SYMP CHILD SEXUAL ABU | P | 20.0 | OTHER TRAINING | 0/00/00 |
| _ | 3/14/00 | DEPARTMENTAL QUALIFICATION | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 7/14/00 | DOMESTIC VIOLENCE INTERVENTION | P | 8.0 | OTHER TRAINING | 0/00/00 |
| _ | 7/17/00 | CPR RECERTIFICATION | | 2.0 | OTHER TRAINING | 0/00/00 |
| _ | 10/11/00 | DAY PISTOL COMBAT COURSE | P | 2.0 | WEAPON TRAINING | 0/00/00 |
| _ | 4/09/01 | POST QUALIFICATION | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 5/01/01 | ACJIC/NCIC RECERT | P | 2.0 | | 5/01/03 |
| _ | 10/25/01 | FINGERPRINT PROCESSING | P | 4.0 | OTHER TRAINING | 0/00/00 |
| _ | 11/26/01 | INTERVIEW & INTERROGATION | P | 40.0 | OTHER TRAINING | 0/00/00 |
| _ | 1/08/02 | SEXUAL HARASSMENT | P | 2.0 | OTHER TRAINING | 0/00/00 |
| _ | 2/25/02 | LEADERSHIP SKILLS | P | 2.0 | OTHER TRAINING | 0/00/00 |
| _ | 3/13/02 | POST FIREARMS QUALIFICATION | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 3/28/02 | CRIME SCENE PHOTOGRAPHY | P | 8.0 | OTHER TRAINING | 0/00/00 |
| _ | 8/07/02 | SEARCH &SIZEURE | P | 4.0 | OTHER TRAINING | 0/00/00 |
| _ | 10/09/02 | MARINE THEFT INVESTIGATION | P | 4.0 | OTHER TRAINING | 0/00/00 |
| _ | 12/04/02 | POST QUALIFICATION | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 2/25/03 | DEFENSIVE DRIVING UPDATE | P | 3.5 | OTHER TRAINING | 0/00/00 |
| _ | 3/03/03 | POST & LONGARM QUAILIFICATION | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 3/24/03 | ACJIC/NCIC OPERATOR RECERT | P | 2.0 | | 3/24/05 |
| _ | 5/19/03 | CONTROLLED FORCE | P | 8.0 | OTHER TRAINING | 0/00/00 |
| _ | 6/19/03 | UNMINED OPPORTUNITIES | P | 2.0 | OTHER TRAINING | 0/00/00 |
| _ | 6/26/03 | SRT ORIENTATION | P | 2.0 | OTHER TRAINING | 0/00/00 |
| _ | 10/08/03 | ACTIVE SHOOTER | P | 12.0 | WEAPON TRAINING | 0/00/00 |
| _ | 12/15/03 | POST HANDGUN QUAL | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 1/13/04 | TASER CERT | P | 4.0 | WEAPON TRAINING | 0/00/00 |
| _ | 1/13/04 | USE OF FORCE UPDATE | P | 4.0 | OTHER TRAINING | 0/00/00 |
| _ | 2/09/04 | COMBAT FIREARMS COURSE | P | 3.0 | WEAPON TRAINING | 0/00/00 |
| _ | 2/12/04 | DEAF & HARD OF HEARING | P | 3.0 | OTHER TRAINING | 0/00/00 |
| _ | 8/10/04 | DOMESTIC VIOLENCE CHILD ADVOC | P | 2.0 | OTHER TRAINING | 0/00/00 |
| _ | 8/23/04 | ELECTRONIC TRACKING SYSTEM | P | 8.0 | OTHER TRAINING | 0/00/00 |
| _ | 8/25/04 | MANPADS | P | 2.0 | OTHER TRAINING | 0/00/00 |
| _ | 8/26/04 | TRAINING OFFICER NEVER TOLD YO | P | .5 | OTHER TRAINING | 0/00/00 |
| _ | 9/21/04 | POST HANDGUN QUAL | P | .5 | WEAPON TRAINING | 0/00/00 |
| _ | 1/13/05 | NIMS INCIDENT COMMAND | P | 4.0 | OTHER TRAINING | 0/00/00 |
| _ | 2/09/05 | ACJIC/NCIC OPERATOR RECERT | P | 2.0 | | 2/09/07 |
| _ | 2/22/05 | DRIVERS LICENSE FRAUD | P | 4.0 | OTHER TRAINING | 0/00/00 |
| _ | 3/10/05 | LONGARM FAMILIRIZATION | P | 4.0 | WEAPON TRAINING | 0/00/00 |
| _ | 5/23/05 | HAZMAT EMER. RESPONCE TECH | P | 45.0 | OTHER TRAINING | 0/00/00 |
| _ | 6/20/05 | MEDIA REALTIONS FIRST RESPONDE | P | 4.0 | OTHER TRAINING | 0/00/00 |
| _ | 8/11/05 | POST HANDGUN QUAL | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 8/11/05 | M-16 CERT/QUAL | P | 8.0 | WEAPON TRAINING | 0/00/00 |
| _ | 9/15/05 | REPORT WRITING | P | 8.0 | OTHER TRAINING | 0/00/00 |

```
CHF101              Law Enf. Personnel Entry/Updat    Change           COBESIA
                            Training/Certifications
    Employee: 01 - 0000000737  ASH            TERM WILLIAM       420255952
 Options: 1 to Select   3 to Copy   4 to Delete       Position to Date:
Opt Start        Course                        Pass Hours  Type              Expire
    Date                                       Fail                          Date
    12/30/02  POST FIREARMS QUAL                P    1.0  WEAPON TRAINING    0/00/00
 -   1/16/03  ASP CERTIFICATION                 P    8.0  OTHER TRAINING     0/00/00
 -   1/28/03  BACK UP QUALIFICATION             P    1.0  WEAPON TRAINING    0/00/00
 -   3/03/03  PROB POLICE OFFICER PROGRAM       P  200.0  OTHER TRAINING     0/00/00
 -   3/10/03  POST & LONGARM QUAILIFICATION     P    1.0  WEAPON TRAINING    0/00/00
 -   4/04/03  POST HANDGUN/LONGARM QUAL.        P    1.0  WEAPON TRAINING    0/00/00
 -   5/05/03  ALABAMA POLICE ACADEMY            P  480.0  OTHER TRAINING     0/00/00
 -   9/29/03  SPANISH FOR LAW ENFORCEMENT       P   20.0  OTHER TRAINING     0/00/00
 -  10/27/03  ACTIVE SHOOTER                    P    8.0  OTHER TRAINING     0/00/00
 -  12/15/03  POST HANDGUN QUAL                 P    1.0  WEAPON TRAINING    0/00/00
 -   1/08/04  STOP STICK CERT                   P    1.0  OTHER TRAINING     0/00/00
 -   1/13/04  TASER CERT                        P    4.0  WEAPON TRAINING    0/00/00
 -   1/13/04  USE OF FORCE UPDATE               P    4.0  OTHER TRAINING     0/00/00
 -   1/21/04  BACK UP WEAPON QUAL               P    1.0  WEAPON TRAINING    0/00/00
 -   2/03/04  COMBAT FIREARMS                   P    3.0  WEAPON TRAINING    0/00/00
 -   2/16/04  COMBAT FIREARMS COURSE            P    4.0  WEAPON TRAINING    0/00/00
 -   7/19/04  FATS USE OF FORCE                 P     .5  OTHER TRAINING     0/00/00
 -   8/10/04  DOMESTIC VIOLENCE CHILD ADVOC     P    2.0  OTHER TRAINING     0/00/00
 -   8/23/04  ELECTRONIC TRACKING SYSTEM        P    8.0  OTHER TRAINING     0/00/00
 -   9/12/04  THINGS YOUR FTO NEVER TOLD YOU    P     .5  OTHER TRAINING     0/00/00
 -   9/21/04  POST HANDGUN QUAL                 P     .5  WEAPON TRAINING    0/00/00
 -   2/17/05  COLT ARMORER                      P   24.0  WEAPON TRAINING    0/00/00
 -   2/22/05  DRIVERS LICENSE FRAUD             P    4.0  OTHER TRAINING     0/00/00
 -   6/27/05  SPECIAL OPERATIONS TEAM COURSE    P   40.0  OTHER TRAINING     0/00/00
 -   8/11/05  SUB GUN QUALIFICATION             P    1.0  WEAPON TRAINING    0/00/00
 -   8/18/05  AIRWAY PROCEDURES-EMT-B                2.0                     0/00/00
 -   9/08/05  FORGERY/FRAUD                     P    4.0  OTHER TRAINING     0/00/00
 -  10/27/05  REPORT WRITING                    P    8.0  OTHER TRAINING     0/00/00
 -  11/03/05  POST HANDGUN QUALIFICATION        P    1.0  WEAPON TRAINING    0/00/00
```

"B"

CHF101            Law Enf. Personnel Entry/Updat        Change           COBESTA
                          **Training/Certifications**
  Employee: 01 - 0000000733  LONG              WILLIAM           263497965
**Options: 1 to Select   3 to Copy   4 to Delete**       Position to Date: ____

| Opt | Start Date | Course | Pass Fail | Hours | Type | Expire Date |
|---|---|---|---|---|---|---|
| _ | 11/20/02 | APOST QUALIFICATION | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 1/06/03 | ALABAMA POST CERTIFICATION | P | 480.0 | OTHER TRAINING | 0/00/00 |
| _ | 3/03/03 | PROB POLICE OFFICER PROGRAM | P | 200.0 | OTHER TRAINING | 0/00/00 |
| _ | 4/04/03 | POST HANDGUN/LONGARM QUAL. | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 9/29/03 | SPANISH FOR LAW ENFORCEMENT | P | 20.0 | OTHER TRAINING | 0/00/00 |
| _ | 11/12/03 | ACTIVE SHOOTER | P | 8.0 | OTHER TRAINING | 0/00/00 |
| _ | 12/09/03 | POST HANDGUN QUAL | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 1/08/04 | STOP STICK CERT | P | 1.0 | OTHER TRAINING | 0/00/00 |
| _ | 1/14/04 | TASER CERT | P | 4.0 | WEAPON TRAINING | 0/00/00 |
| _ | 1/14/04 | USE OF FORCE UPDATE | P | 4.0 | OTHER TRAINING | 0/00/0_ |
| _ | 1/21/04 | BACK UP WEAPON QUAL | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 2/03/04 | COMBAT FIREARMS COURSE | P | 3.0 | WEAPON TRAINING | 0/00/00 |
| _ | 7/19/04 | FATS USE OF FORCE | P | .5 | OTHER TRAINING | 0/00/00 |
| _ | 7/30/04 | ELECTRONIC TRACKING SYSTEM | P | 8.0 | OTHER TRAINING | 0/00/00 |
| _ | 8/26/04 | TRAINING OFFICER NEVER TOLD YO | P | .5 | OTHER TRAINING | 0/00/00 |
| _ | 9/12/04 | THINGS YOUR FTO NEVER TOLD | P | .5 | OTHER TRAINING | 0/00/00 |
| _ | 9/21/04 | POST HANDGUN QUAL | P | .5 | WEAPON TRAINING | 0/00/00 |
| _ | 2/02/05 | PRIMARY CARE | P | 40.0 | OTHER TRAINING | 0/00/00 |
| _ | 2/22/05 | DRIVERS LICENSE FRAUD | P | 4.0 | OTHER TRAINING | 0/00/00 |
| _ | 3/01/05 | LONGARM QUAL | P | 4.0 | WEAPON TRAINING | 0/00/00 |
| _ | 6/27/05 | SPECIAL OPERATIONS TEAM COURSE | P | 40.0 | OTHER TRAINING | 0/00/00 |
| _ | 7/14/05 | BASIC SUBGUN OPERATIONS & QUAL | P | 6.0 | WEAPON TRAINING | 0/00/00 |
| _ | 8/11/05 | APOSTC QUALIFICATION | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 8/11/05 | SUB GUN QUALIFICATION | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 9/15/05 | REPORT WRITING | P | 8.0 | OTHER TRAINING | 0/00/00 |
| _ | 9/29/05 | FORGERY/FRAUD | P | 4.0 | OTHER TRAINING | 0/00/00 |
| _ | 10/04/05 | SPEC OPS ADV | P | 40.0 | OTHER TRAINING | 0/00/00 |
| _ | 10/20/05 | POST HANDGUN QUALIFICATION | P | 1.0 | WEAPON TRAINING | 0/00/00 |
| _ | 1/06/06 | BIOREADINESS TRAINING | P | 8.0 | OTHER TRAINING | 0/00/00 |
| _ | 2/02/06 | HANDGUN TRANS/APOSTC QUAL | P | 2.0 | WEAPON TRAINING | 0/00/00 |
| _ | 2/02/06 | SHOTGUN FAMILIARIZATION | P | 2.0 | WEAPON TRAINING | 0/00/00 |
| _ | 7/13/06 | NIMS 800 | P | 1.0 | OTHER TRAINING | 0/00/00 |
| _ | 8/09/06 | COMBAT FIREARMS COURSE | P | 3.0 | WEAPON TRAINING | 0/00/00 |
| _ | 9/15/06 | NEGOTIATIONS FOR 1ST RESPONDER | P | 3.0 | OTHER TRAINING | 0/00/00 |
| _ | 9/15/06 | CANINE OPERATIONS FOR THE PATR | P | 3.0 | OTHER TRAINING | 0/00/00 |
| _ | 10/09/06 | BASIC COURTROOM TESTIMONY | P | 4.0 | OTHER TRAINING | 0/00/00 |
| _ | 10/09/06 | BASIC GANG/DRUG AWARENESS | P | 4.0 | OTHER TRAINING | 0/00/00 |
| _ | 12/08/06 | NIMS 100 | P | 1.0 | OTHER TRAINING | 0/00/00 |
| _ | 2/21/07 | APOST HANDGUN QUAL | P | 1.0 | WEAPON TRAINING | 0/00/00 |

"C"