IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROY EDWARD OLIVER and ) | |
| MICHAEL ANTHONY SOZA, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CASE NO. 1:06CV430-WHA |
| ) | |
| THE CITY OF DOTHAN, ) | |
| ALABAMA, and ) | |
| DOUGLAS JOHNSON, ) | |
| ) | |
| DEFENDANT. ) | |

## AFFIDAVIT OF RAY OWENS

STATE OF ALABAMA,
HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared Ray Owens, who, being by me first duly sworn, did depose and say as follows:

My name is Ray Owens, and I am over the age of nineteen years and reside in Houston County, Alabama and I have personal knowledge of the things and matters set forth herein.

I am employed by the City of Dothan Police Department and have been so employed since 1984. I hold the rank of Lieutenant, and I am in charge of the Internal Affairs Division of the Dothan Police Department. I have personal knowledge of the things and matters set forth herein. The Dothan Police

EXHIBIT "K"

Department maintains an Internal Affairs Division which investigates complaints made against police officers. Dothan Police officers' conduct is regulated by numerous rules, regulations and statutes. Officers must follow the procedural general orders of the Police Department, the City of Dothan Personnel Rules and Regulations, as well as all Municipal, State and Federal laws. Any officer found to have violated any of these provisions is subject to discipline under the Dothan Civil Service Act as well as prosecution by the appropriate authority.

    I have reviewed the Internal Affairs files regarding former Sgt. Douglas Johnson, former Officer Shane Ash and Officer Ken Long and can report as follows: The Plaintiffs in this case did not file a complaint with the Dothan Police Department or the Internal Affairs Division alleging excessive force or any wrong doing on the part of the officers involved in this incident. Sgt. Johnson has never had a complaint involving the use of force. Officer Ash and Long have had only one complaint in October of 2004, involving use of force. This complaint involved a suspect charged with driving under the influence and resisting arrest. After an investigation, the charge was unfounded. The suspect was convicted of both charges. This is the only complaint regarding the use of force against Ash or Long.

    I am also familiar with the hiring practice of the Dothan Police Department. The City of Dothan has strict requirements involving the hiring of police officers. A candidate must pass a Civil Service exam, as well as a physical and mental

evaluation. The candidate is also questioned by a Candidate Review Board made up of police officers of various ranks. Candidates also undergo a background check and since 1997 candidates must undergo a polygraph test. If the candidate passes all the screening he/she would be eligible to be hired by the City of Dothan Police Department.

    Further Affiant sayeth not.

*Ray Owens*
**Ray Owens**

STATE OF ALABAMA,
HOUSTON COUNTY.

    Sworn to and subscribed before me this 24th day of May, 2007.

*Linda R. Johnson*
Notary Public

My Commission Expires    LINDA R. JOHNSON
Notary Public, AL State at Large
My Comm. Expires Nov. 17, 2009

3