IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROY EDWARD OLIVER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:06cv430-WHA |
| | ) |
| THE CITY OF DOTHAN, ALABAMA, et al., | ) ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Defendant, City of Dothan's, Motion for Summary Judgment (Doc. # 16), filed on May 29, 2007, will be deemed submitted to this Court on June 26, 2007, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by June 26, 2007. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the Plaintiffs wish to file in opposition to said motion shall be filed on or before June 19, 2007.

The Defendant shall have until June 26, 2007, to file any reply it wish to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 29th day of May, 2007.

                                                /s/ W. Harold Albritton  
                                                W. HAROLD ALBRITTON  
                                                SENIOR UNITED STATES DISTRICT JUDGE