**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

May 29, 200

# NOTICE OF CORRECTION

FROM:    Clerk's Office

Case Style:   Roy Edward Oliver et al v. The City of Dothan, AL et al

Case No.:   1:06cv430-WHA
            Document 17 Brief in Support of Motion for Summary Judgment

This Notice of Correction was filed in the referenced case this date to enter the pdf for the Brief in Support for document #17, which was inadvertently omitted when e-filed. A copy of the Brief is attached to this Notice and Document #17 is corrected.