

# THE CITY OF
# DOTHAN, ALABAMA RECEIVED

126 NORTH ST. ANDREWS • SUITE 313 • P.O. BOX 2128 • DOTHAN, ALABAMA 36302
334-615-3130 • FAX 334-615-3139

2007 MAY 30  A 11: 46

**LEGAL DEPARTMENT**

F. LENTON WHITE
CITY ATTORNEY

D. KEVAN KELLY
ASSISTANT CITY ATTORNEY

JOE E. HERRING, JR.
ASSISTANT CITY ATTORNEY

May 29, 2007

Hon. Deborah P. Hackett
Clerk of Court
United States District Court
One Church Street
Montgomery, AL 36104

Re:   Roy Edward Oliver and Michael Anthony Soza v.
      The City of Dothan, Alabama, and Douglas Johnson;
      Civil Action No. 1:06CV430-WHA

Dear Ms. Hackett:

Defendant's Motion for Summary Judgment and Brief in Support thereof in the above case have been e-filed with the court this date. Attached please find a videotape containing Exhibits "D", "E" and "G" to our Brief in Support of Motion for Summary Judgment, which I request you file with the court.

Please advise should anything further be required.

Thank you for your attention to this matter.

Sincerely,

D. Kevan Kelly

DKK/lj
Enclosures
cc: Charles N. Reese, Esq.