UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

ROY EDWARD OLIVER AND             *
MICHAEL ANTHONY SOZA,
     Plaintiffs

vs                                *
                                        Jury Trial Demanded
                                        Case No: 1:06 CV430-WHA

THE CITY OF DOTHAN, ALABAMA     *
DOUGLAS JOHNSON,

     Defendants.                 *

Motion to Dismiss With Prejudice

Come the plaintiffs in the above styled cause and show unto the court the following:

1.    They desire to dismiss the above styled cause with prejudice.

2.    The defendant has no objection to the case being dismissed.

3.    Each party will bare their own costs.

4.    Filing fees have been paid and no sums are due the court.

Wherefore plaintiffs pray the court will dismiss the above styled cause with prejudice.

                                                    S/ Charles N. Reese
                                                    Charles N. Reese
                                                    Attorney for Plaintiffs
                                                    P.O. Drawer 250
                                                    Daleville, Alabama 36322
                                                    OFFICE (334) 598-6321
                                                    FAX (334) 598-4216


**CERTIFICATE OF SERVICE**

I, the undersigned hereby certify that I have mailed a copy of the foregoing Request for Production to Kevin Kelly and Lenton White using the electronic filing system this the 14th day of June 2007.

                                                    S/ Charles N. Reese
                                                    Charles N. Reese