IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROY EDWARD OLIVER AND MICHAEL ANTHONY SOZA,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF DOTHAN, ALABAMA; DOUGLAS JOHNSON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:06cv430-WHA<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Plaintiffs' Motion to Dismiss with Prejudice (Doc. #21), and for good cause shown, it is hereby

ORDERED that the Motion to Dismiss With Prejudice is GRANTED and the case dismissed with prejudice. It is further ORDERED that any other pending motions are denied as moot.

Costs are taxed as paid.

Done this 15th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE